379 A.2d 601

Commonwealth v. Murray, Appellant.

Submitted March 14, 1977.  H. Stanley Rebert, Assistant Public Defender, for appellant;  Richard H. Horn, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 602

Commonwealth v. Newman, Appellant.

Submitted November 8, 1976.  Stephen Toole, Special Assistant Public Defender, for appellant; Robert S. Bailey, Assistant District Attorney, and Donald E. Lewis, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).